```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                            CASE NO. 08 B 20236
    SAMUEL TUCKER
                                                  CHAPTER 13

                                                  JUDGE: JACK B SCHMETTERER

            Debtor
   SSN XXX-XX-2671

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 08/02/2008 and was not confirmed.

     The case was dismissed without confirmation 09/03/2008.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER      987.82              .00           .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00              .00           .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE    40000.00              .00           .00
INTERNAL REVENUE SERVICE  PRIORITY          1562.83              .00           .00
AMERICAN GENERAL          UNSEC W/INTER   NOT FILED              .00           .00
AT&T BROADBAND            UNSEC W/INTER   NOT FILED              .00           .00
GMAC                      UNSEC W/INTER   NOT FILED              .00           .00
SHARON HAYES              NOTICE ONLY     NOT FILED              .00           .00
TERESA HOBBS              NOTICE ONLY     NOT FILED              .00           .00
INTERNAL REVENUE SERVICE  UNSECURED          739.62              .00           .00
BENNIE W FERNANDEZ        DEBTOR ATTY          .00                             .00
TOM VAUGHN                TRUSTEE                                              .00
DEBTOR REFUND             REFUND                                               .00

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         ---------------    ---------------
TOTALS                        .00                     .00




              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 20236 SAMUEL TUCKER
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE